**Order filed, July 17, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-15-00565-CV

### COUNTY OF GALVESTON, TEXAS, Appellant

### V.

### TRIPLE B SERVICES, LLP, Appellee

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Case 14-CV-0031**

---

## ORDER

The reporter's record in this case was due July 6, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.


/s/ Harvey Brown
  Acting individually